UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CAMP, | 1:15-cv-00783-SKO (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| MARTIN D. BITER, | |
| Defendant. | |

Plaintiff Albert Camp, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 22, 2015.  Plaintiff did not pay the $400.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that: within **forty-five (45) days** of the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**
IT IS SO ORDERED.

Dated:   **May 26, 2015**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

1