UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CAMP, | 1:15-cv-00783-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT |
| v. | (Doc. 1) |
| MARTIN D. BITER, | |
| Defendant. | THIRTY-DAY DEADLINE |

Plaintiff Albert Camp, a state prisoner proceeding pro se, filed this civil rights action on May 22, 2015, but he neglected to sign his complaint. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's complaint is ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131. **Plaintiff has thirty (30) days from the date of service of this order to file a signed complaint and if he fails to do so, this action will be dismissed, without prejudice.**

IT IS SO ORDERED.

Dated:   **May 26, 2015**                        **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

1