# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CAMP,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN D. BITER,<br><br>    Defendant.<br>_____/ | Case No.  1:15-cv-00783-LJO-SKO (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO FILE SIGNED COMPLAINT AND EITHER PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 3 and 4) |

Plaintiff Albert Camp, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 22, 2015.  On May 26, 2015, the Court ordered Plaintiff to file a signed complaint and either pay the $400.00 filing fee in full or file an application to proceed in forma pauperis.  Plaintiff has not complied with or otherwise responded to the orders.  Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent a signed pleading and the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a); Local Rule 131(b).  Based on Plaintiff's failure to comply with the Court's orders, dismissal of this action is appropriate.  *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///

///

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to file a signed complaint and failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **July 27, 2015**            **/s/ Lawrence J. O'Neill**
                           UNITED STATES DISTRICT JUDGE

2